1  Marc V. Kalagian
2  Attorney at Law: 149034
   Rohlfing & Kalagian, LLP
3  211 E. Ocean Boulevard, Ste. 420
   Long Beach, California 90802
4  Tel.: (562) 437-7006
   Fax: (562) 432-2935
5  E-Mail: marckalagian_rohlfinglaw@hotmail.com

6  Attorneys for Plaintiff

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | BILLY COLLINS, | ) | Case No.: 1:08-CV-00476 SMS |
| 12 | Plaintiff, | ) | STIPULATION FOR EXTENSION OF TIME TO COMPLY WITH |
| 13 | v. | ) | SCHEDULING ORDER; AND ORDER |
| 14 | MICHAEL J. ASTRUE, | ) | |
| 15 | COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| 16 | | ) | |
| 17 | Defendant. | ) | |
| 18 | | | |

19   TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
20  OF THE UNITED STATES DISTRICT COURT:
21      The parties, through their undersigned counsel of record, HEREBY
22  STIPULATE, subject to the approval of the Court, to extend the time to comply
23  with this court's scheduling order and that all other scheduling dates set forth in the
24  Order shall be extended accordingly.
25      The reason for the requested extension is that plaintiff discovered that the
26  administrative record was not complete.  Specifically, the administrative record
27  was missing pages 286-358.  The Commissioner requires additional time to
28  prepare and serve a supplemental administrative record.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  The Commissioner shall have until October 27, 2008 in which to serve a
2 supplemental administrative record on plaintiff and file a notice of service with the
3 Court. All other scheduling dates set forth in this Court's scheduling order shall be
4 extended accordingly.

5 Date:                              ROHLFING & KALAGIAN, LLP

          */s/*
7         MARC V. KALAGIAN
          Attorneys for plaintiff Margarita Rocha

9 Date:                              McGREGOR W. SCOTT
                                     United States Attorney

                              BY:  */s/ by Marc V. Kalagian\**
12                                 ELIZABETH FIRER
                                   Special Assistant United States Attorney
13                                 Attorneys for Defendant

14               [*By telephone authorization on September 24, 2008]
15                                       ORDER

17    IT IS SO ORDERED.

18    DATED:   10/1/2008
                                     _____
19
                                       /s/ Sandra M. Snyder
20                                   SANDRA M. SNYDER
                                     MAGISTRATE JUDGE OF THE UNITED
21                                   STATES DISTRICT COURT

-2-

PDF created with pdfFactory trial version www.pdffactory.com