UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY COLLINS,<br>　　　　Plaintiff,<br>　v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:08-cv-00476-SMS<br><br>**ORDER REQUIRING PLAINTIFF TO <u>PERSONALLY APPEAR</u> AND SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE AN OPENING BRIEF, FAILURE TO COMPLY WITH A COURT ORDER, AND FOR LACK OF PROSECUTION** (Doc. 28)<br><br>**ORDER DIRECTING CLERK TO SERVE PRO SE PLAINTIFF AT LAST KNOWN ADDRESS**<br><br>**DATE: 4/17/09**<br>**TIME: 9:30 A.M.**<br>**CTRM: 7 ~ Sixth Floor** |

　　Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, his claim for benefits under the Social Security Act.

　　On March 17, 2008, plaintiff, through legal counsel Marc Kalagian, filed his complaint for social security benefits (Doc. 2). On December 11, 2008, Attorney Kalagian filed a motion to withdraw as attorney of record for plaintiff (Doc. 20). On

1

January 26, 2009, the Court granted Mr. Kalagian's motion to withdraw as attorney of record for plaintiff, resulting in plaintiff's pro se status and responsibility for the timely prosecution of his action, with or without new legal counsel; extended the deadline to March 10, 2009 for plaintiff to file an opening brief; and, informed plaintiff that a failure to comply with an order of the Court, including the deadline for the filing of his opening brief, will result in sanctions, including dismissal of this action (Doc. 22). Further, on January 26, 2009, the Court issued an Informational Order for Pro Se Litigants which provides very helpful information and basically serves as step-by-step guide for pro se litigants.

**PERTINENT COURT DOCKET HISTORY**

| DATE | DOC. # | COURT EVENT |
|---|---|---|
| 12/11/2008 | 20 | MOTION to WITHDRAW as ATTORNEY by Billy Collins. (Attachments: # 1 Exhibit) (Kalagian, Marc) |
| 12/15/2008 | 21 | MINUTE ORDER (Text Only Entry) re: Motion to Withdraw as Attorney of Record 20 : any opposition by plaintiff is due filed by 12/31/08; any reply by counsel is due filed by 1/16/09. Signed by Judge Sandra M. Snyder on 12/15/08. (Robles, F.) |
| 12/15/2008 | | SERVICE BY MAIL: 21 Minute Order served on Billy Collins, 2609 Westholme Blvd., Apt. B, Bakersfield, CA, 93309. (Robles, F.) |
| 01/26/2009 | 22 | ORDER GRANTING 20 Plaintiff's Counsel's Motion to Withdraw as Attorney of Record; ORDER GRANTING an Extension of Time for the Filing of Plaintiff's Opening Brief to No Later than 3/10/2009; ORDER DIRECTING the Clerk to Update the Docket and to Serve this Order on Plaintiff Himself at the Address Specified in this Order, Signed by Magistrate Judge Sandra M. Snyder on 1/23/2009. (Arellano, S.) |
| 01/26/2009 | | SERVICE BY MAIL: 22 Order served on Billy Collins. (Arellano, S.) |
| 01/26/2009 | 23 | INFORMATIONAL ORDER for Pro Se Litigants signed by Magistrate Judge Sandra M. Snyder on 01/23/2009. (Flores, E) |
| 01/26/2009 | | SERVICE BY MAIL: 23 Order served on Billy Collins. (Flores, E) |

//

To date, plaintiff has not filed his opening brief with the court, has not sought an extension of time within which to satisfy this deadline, has not complied with the Court's order, and has not timely prosecuted his action.

     Additionally, this Court's staff called Attorney Kalagian's office on March 11, 2009, to inquire about plaintiff's last known telephone number, and was provided 661-835-9797.  When this Court's staff called 661-835-9797 on March 11, 2009, a very elderly lady answered, and advised he was not there before promptly hanging up.  This Court's staff then called directory assistance for the Bakersfield area at 661-555-1212, and was advised there were two telephone numbers available, one for a B. Collins at 661-396-0727, and another for a B. J. Collins at 661-322-6616, both to no avail.

     A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

     Therefore, it is HEREBY ORDERED:

     1.   That this matter is SET for hearing, at which plaintiff must **PERSONALLY APPEAR**, on Friday, **April 17, 2009 at 9:30 a.m.**, in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, to show cause why this action should not be dismissed for his failure to file an opening brief, failure to comply with the court's order, and for lack of prosecution.  Plaintiff is

3

| | |
|---|---|
| 1 | ADVISED that failure to personally appear on April 17, 2009 at |
| 2 | 9:30 a.m., will result in outright dismissal of this action. |
| 3 |     2.    That the local Assistant United States Attorney |
| 4 | personally appear (or otherwise contact the court in advance) on |
| 5 | April 17, 2009 at 9:30 a.m. |
| 6 |     3.    That the Office of the General Counsel appear |
| 7 | telephonically by calling chambers directly at (559) 499-5690 on |
| 8 | April 17, 2009 at 9:30 a.m. (or otherwise contact the court in |
| 9 | advance). |
| 10 |     4.    That the Clerk's Office serve pro se plaintiff with |
| 11 | this order at his last known address as follows: |

           Billy Collins
           2609 Westholme Blvd., Apt. B
           Bakersfield, CA 93309

IT IS SO ORDERED.

**Dated:   March 18, 2009**                      /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE