UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COLLINS, | 1:08-cv-00476-SMS |
| Plaintiff, | **ORDER FOLLOWING ORDER TO SHOW CAUSE HEARING REQUIRING PLAINTIFF'S PERSONAL APPEARANCE** |
| vs. | **(Doc. 24)** |
| MICHAEL J. ASTRUE, Commission of Social Security, | |
| Defendant. | **ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPENING BRIEF** |

This matter came on regularly for hearing on an order to show cause requiring plaintiff to personally appear and show cause why this action should not be dismissed for failure to file an opening brief, failure to comply with a court order, and for lack of prosecution. Pro se plaintiff, Billy Collins, did NOT appear or otherwise contact the Court. Assistant United States Attorney Benjamin E. Hall contacted court staff on April 16, 2009, advising that he could not and would not be attending the hearing due to a family matter. Shey Bond, filling in for

Elizabeth Firer, Office of the General Counsel, also contacted court staff on April 16, 2009, advising that she would not be attending the hearing, but provided her cellular phone number if the Court so desired to contact her, which was not necessary due to plaintiff's non-appearance.

But for pro se plaintiff's ex-counsel of record's response to the order to show cause (Doc. 25); counsel's inadvertent failure to serve the administrative record on pro se plaintiff upon the granting of counsel's motion to withdraw (Doc. 22); and, therefore, counsel's further request to grant plaintiff additional time to file his opening brief, plaintiff is GRANTED until May 29, 2009, to file his opening brief, with or without the assistance of counsel, or plaintiff's case will be dismissed outright.

Plaintiff is warned that a failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

IT IS SO ORDERED.

**Dated: April 17, 2009          /s/ Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE

2